# Exhibit A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ATK THIOKOL, INC.<br>Plaintiff,<br>vs.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 99-440c<br>(Judge Braden) |

**PLAINTIFF'S STATUS REPORT**

On July 31, 2006, the Court ordered Plaintiff, ATK Thiokol, Inc. ("ATK Thiokol"), to file its Amended Complaint by September 15, 2006 requesting relief consistent with the parties' claims and the final decision of the government contracting officer dated May 14, 1999 relevant to this litigation. Additionally, the Court ordered that the parties file with the Court by September 15, 2006, a stipulation on the amount owed to ATK Thiokol under the Court's Memorandum Opinion and Order dated November 30, 2005. In the alternative, the Court ordered that the parties file with the Court by September 15, 2006, a joint status report containing a proposed schedule for briefing and conducting a hearing on damages.

ATK Thiokol submitted its Amended Complaint on September 11, 2006. ATK Thiokol hereby submits its separate Status Report because the parties have been unable to agree on a stipulation for the amount owed and the government does not appear to wish to discuss the establishment of a proposed schedule for briefing or conducting a hearing on damages.

As of April 19, 2006, former counsel for the government, Mr. Kyle Chadwick, represented that an agreement existed with respect to the principal and interest owed to ATK Thiokol under the Court's Memorandum Decision and Order dated November 30, 2005, subject to the resolution of a jurisdictional issue. Attachment 1. This Court's Memorandum Opinion and Order dated July 31, 2006 resolved that issue.

Based upon the Court's Memorandum Opinion and Order dated July 31, 2006, on August 9, 2006, counsel for ATK Thiokol, Mr. Steven M. Masiello, delivered to current counsel for the government, Mr. Robert Chandler, a proposed "Stipulation on Amount Owed," updated to September 30, 2006, consistent with the earlier agreement with Mr. Chadwick. Attachment 2. As of August 28, 2006, ATK Thiokol and the government's cognizant auditors, the Defense Contract Audit Agency, agreed on the methodology and amount of principal and interest owed as of September 30, 2006. Specifically, the parties agreed to the following amount owed to Plaintiff as of September 30, 2006:

| | |
|---|---|
| Principal | $7,076,227 |
| Interest | $2,207,702 |
| Total Amount Owed | $9,283,929 |

A worksheet detailing this agreement is attached. Attachment 3.

During the course of several telephone conversations between Messrs. Masiello and Chandler occurring during the period of September 5-13, 2006, ATK Thiokol is informed that the government continues to agree with the total amount owed. ATK Thiokol understands, however, that the government does not intend to execute a

stipulation on principal or interest owed, based upon the government's view that the Court is without jurisdiction to award interest pursuant to the Contract Disputes Act, 41 USC 601, *et seq.*

During telephonic discussions, counsel for ATK Thiokol, Mr. Steve M. Masiello, requested that government counsel provide a written description of its new jurisdiction concern and/or propose a joint status report with an explanation of its position with respect to a briefing or hearing on damages. ATK Thiokol's counsel further requested that the government stipulate to the undisputed principal amount owed because it does not appear, based upon the verbal descriptions of the government's new jurisdiction concern, that such principal amount is impacted. As of September 14, 2006, ATK Thiokol has not received a written description of the government's new jurisdiction concern and is informed the government will not stipulate any portion of the amount owed until its concern is resolved. Thus, ATK Thiokol can only assume that resolution of the government's new jurisdiction concern in ATK Thiokol's favor would likely just produce another government argument, rather than a stipulation, absent the Court rendering final judgment.

The government's continued attempts to delay final judgment, this time by denying prior agreements on principal and interest amounts owed and threatening to pursue a legal argument that, as best as ATK Thiokol can determine at this time, is likely without any merit and/or previously resolved by the Court's earlier Memorandum Opinions and Orders dated November 30, 2005 and July 31, 2006, establishes that the Court should set a schedule for entering final judgment. Thus, despite what ATK

Thiokol believes will be an unnecessary use of the Court's time to decide principal and interest amounts owed, ATK Thiokol respectfully requests that the Court enter an Order setting forth the following schedule to render final judgment:

1. ATK Thiokol to file a motion for summary judgment on principal and interest amounts owed by October 13, 2006.

2. Government to file its own motion and/or opposition to ATK Thiokol's motion for summary judgment by November 3, 2006.

3. ATK Thiokol to file its response and/or reply by November 20, 2006.

Dated: September 14, 2006

Respectfully submitted,

Thomas A. Lemmer by Steven M. Masiello

Thomas A. Lemmer
**McKenna Long & Aldridge LLP**
1875 Lawrence Street, Suite 200
Denver, Colorado 80202
Tel: (303) 634-4000
Fax: (303) 634-4400
ATTORNEY FOR ATK THIOKOL, INC.

OF COUNSEL:

Steven M. Masiello
**McKenna Long & Aldridge LLP**
1875 Lawrence Street, Suite 200
Denver, Colorado 80202

Michael L. Bell
Alliant Techsystems Inc.
ATK Thiokol, Inc.
P.O. Box 98
Magna, UT 84044-0098

**CERTIFICATE OF SERVICE**

I herby certify that on the 14th day of September, 2006, a true and correct copy of the foregoing **PLAINTIFF'S STATUS REPORT** was sent via overnight delivery addressed to:

Robert Chandler
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., Room 7062
Attn: Classification Unit, 8th Floor
Washington, DC 20005

Hilary Allen

DN:32118217.1

# Exhibit 1

U.S. Department of Justice

Civil Division

PDK:DMC:KChadwick
DJ No. 154-99-440

Telephone: (202) 305-7562
Facsimile: (202) 305-7644

*Washington, D.C. 20530*

April 19, 2006

BY E-MAIL ATTACHMENT (PDF) AND U.S. MAIL

Thomas A. Lemmer
McKenna, Long & Aldridge, LLP
1875 Lawrence St., Suite 200
Denver CO 80202

Re: Alliant Techsystems (Thiokol) v. United States,
Fed. Cl. No. 99-440C

Dear Mr. Lemmer:

As summarized in the attached table, the Government has determined that ATK Thiokol's damages under the court's order of November 30, 2005 are $5,163,401, which, after adding interest under 41 U.S.C. § 609 through last week, comes to $6,729,680. Apart from minor corrections that I understand have been agreed to by Thiokol and the Defense Contract Audit Agency, the difference between the Government's figure and the number previously proposed by Thiokol is entirely explained by the fact that our calculation is based on Contract No. NAS8-38100. That contract, as Thiokol noted in paragraphs 5-7 of the complaint, is the only contract that is the subject of Thiokol's certified claim dated May 10, 1999 and the contracting officer's final decision dated May 14, 1999. The Court of Federal Claims currently lacks jurisdiction to award damages under the other contracts upon which Thiokol based its quantum calculation.

For informational purposes, the attached table also provides the total amount, to date, that would be payable to Thiokol, under all of its major contracts, assuming a judgment against the Government concerning the IR&D accounting issue becomes final and unappealable. Please notify me at your convenience whether Thiokol will stipulate to damages of $5,163,401 plus interest, in order to facilitate entry of a final judgment by the trial court, or if questions arise.

Very truly yours,

KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch

encl

# CASTOR IVA-XL DAMAGES AND INTEREST CALCULATIONS

## DCAA Verification of Contractor's Computations and Extrapolation of NAS8-38100 Amounts

| | 1998 | 1998T | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Damages** | | | | | | | | | | | |
| CASTOR IVA-XL Damages * | 1,340,283 | 1,562,652 | 1,645,580 | 479,754 | 214,143 | 523,570 | 439,428 | 356,684 | 306,719 | 210,000 | 7,078,813 |
| NAS8-38100 Damages ** | 1,032,536 | 1,241,647 | 1,272,969 | 388,783 | 179,131 | 433,431 | 341,361 | 273,543 | - | - | 5,163,401 |
| **Interest** | | | | | | | | | | | |
| CASTOR IVA-XL Interest * | - | - | 134,456 | 335,187 | 109,212 | 295,851 | 303,026 | 231,411 | 289,604 | 320,360 | 2,019,106 |
| NAS8-38100 Interest ** | - | - | 104,940 | 261,908 | 85,609 | 232,833 | 238,908 | 182,215 | 222,672 | 237,194 | 1,566,279 |
| **Total** | | | | | | | | | | | |
| CASTOR IVA-XL Total * | 1,340,283 | 1,562,652 | 1,780,036 | 814,941 | 323,355 | 819,421 | 742,454 | 588,095 | 596,323 | 530,360 | 9,097,919 |
| NAS8-38100 Total ** | 1,032,536 | 1,241,647 | 1,377,909 | 650,691 | 264,740 | 666,264 | 580,269 | 455,758 | 222,672 | 237,194 | 6,729,680 |

* Amounts agree with the contractor's revised worksheets and include all contracts including the NAS8-38100 contract..

** Amounts extrapolated from the contractor's revised worksheets for the projects identified with the NAS8-38100 contract.

Prepared by: Mark Saunders, DCAA Auditor

Date: 4/17/2006

# Exhibit 2

## Masiello, Steven

**From:** Masiello, Steven
**Sent:** Wednesday, August 09, 2006 4:16 PM
**To:** Robert Chandler (robert.chandler@usdoj.gov)
**Cc:** Gustus, Stacey; Lemmer, Thomas
**Subject:** ATK Thiokol v. U.S., COFC 99-440C

**Attachments:** DN-#32117449-v1-stipulation_on_amount_owed.DOC

DN-#32117449-v1-stipulation_on...

Robert:

As discussed today, please find the attached proposed stipulation on the amount owed in the subject case for your review. Please contact me at your earliest convenience concerning this matter.

Steve.

Steven M. Masiello
McKenna Long & Aldridge LLP
1875 Lawrence Street, Ste. 200
Denver, CO 80202
P: (303) 634-4355
F: (303) 634-4400
<http://www.mckennalong.com/>

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ATK THIOKOL, INC.<br>Plaintiff,<br>vs.<br>THE UNITED STATES,<br>Defendant. | Case No. 99-440C<br>(Judge Braden) |

## STIPULATION ON AMOUNT OWED

Pursuant to the Court's Order dated July 31, 2006, the parties submit this Stipulation on Amount Owed concerning the amount owing to Plaintiff, ATK Thiokol, Inc. ("ATK"), as a result of the Court's Order dated November 30, 2005. For this stipulation, the parties agree that the amount owing to ATK as a result of the Court's Order dated November 30, 2005, is as follows:

| | | |
|---|---|---|
| 1. | Principal owed | $7,090,841 |
| 2. | Interest through September 30, 2006 | $2,208,137 |
| | Total Amount Owed: | $9,298,978 |

The parties attach a worksheet as Exhibit 1 detailing their stipulation of the total amount owing to ATK as of September 30, 2006.

Respectfully submitted this _____ day of August, 2006.

______________________________
Robert Chandler
Department of Justice
**[correct address?]**
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., Room 7062
Attn: Classification Unit, 8th Floor
Washington, DC 20005
(202) 514-4678
Fax: (202) 514-7300

______________________________
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado 80202
(303) 634-4000
Fax: (303) 634-4400

ATTORNEY FOR ATK THIOKOL, INC.

Of Counsel:

Steven M. Masiello
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado 80202

Michael L. Bell
Alliant Techsystems Inc.
ATK Thiokol Inc.
P.O. Box 98
Magna, UT 84044-0098

# Exhibit 3

**Masiello, Steven**

**From:** Masiello, Steven
**Sent:** Monday, August 28, 2006 3:54 PM
**To:** 'Robert.Chandler@usdoj.gov'
**Cc:** Gustus, Stacey; Lemmer, Thomas
**Subject:** RE: ATK Thiokol v. U.S., COFC 99-440C

Rob:

Please be advised that we received today an indication from our client that it has "agreed" ith its government counterpart at the DCAA to a quantum as of Sept 30, 2006. (We understand this may be relevant to your review process concerning the proposed stipulation and can forward it to you if you wish).

In any case, we look forward to hearing from you shortly on the proposed stipulation.

Thanks,

Steve.

-----Original Message-----
From: Robert.Chandler@usdoj.gov [mailto:Robert.Chandler@usdoj.gov]
Sent: Wednesday, August 23, 2006 9:59 AM
Subject: RE: ATK Thiokol v. U.S., COFC 99-440C

Steve,
The stipulation is still under agency review. I spoke to an auditor at the agency this morning, and he expects to have an answer for me by the end of this week. I will need to talk to a few others at the agency who are out of the office this week, so I expect to get back to you early-to-mid next week.
Regards,
Rob

-----Original Message-----
From: smasiello@mckennalong.com [mailto:smasiello@mckennalong.com]
Sent: Wednesday, August 23, 2006 11:52 AM
To: Chandler, Robert (CIV)
Cc: sgustus@mckennalong.com; tlemmer@mckennalong.com
Subject: RE: ATK Thiokol v. U.S., COFC 99-440C

Robert:

Have you had an opportunity to confirm the stipulation forwarded to you in the below message? Please advise.

Thanks,

Steve.

-----Original Message-----
From: Masiello, Steven
Sent: Wednesday, August 09, 2006 4:16 PM
To: Robert Chandler (robert.chandler@usdoj.gov)
Cc: Gustus, Stacey; Lemmer, Thomas
Subject: ATK Thiokol v. U.S., COFC 99-440C

Robert:

As discussed today, please find the attached proposed stipulation on the amount owed in the subject case for your review. Please contact me at your earliest convenience concerning this matter.

Steve.

---

Steven M. Masiello
McKenna Long & Aldridge LLP
1875 Lawrence Street, Ste. 200
Denver, CO 80202
P: (303) 634-4355
F: (303) 634-4400
<http://www.mckennalong.com/>

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of McKenna Long & Aldridge LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

# DCAA Computation of Disallowed Costs and Interest

nterest Calculation

| | Fiscal Years | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **:ASTOR ADJ** | **1998** | **199T** | **1999** | **2000** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** |
| iscal year-end | 30-Jun | 31-Dec | 31-Dec | 31-Dec | 21-Apr | 31-Mar | 31-Mar | 31-Mar | 31-Mar | 31-Mar | Thru Sept 30 |
| of months in the fiscal year | **12** | **6** | **12** | **12** | **4** | **11** | **12** | **12** | **12** | **12** | **6** |
| | **1998** | **199T** | **1999** | **2000** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** |
| **:OM Rates** | | | | | | | | | | | |
| **Dec 99 - 1/2 year only** | | | 6.500% | | | | | | | | |
| **Jun-00** | | | | 6.750% | | | | | | | |
| **Dec-00** | | | | 7.250% | | | | | | | |
| **Jun-01** | | | | | 6.375% | | | | | | |
| **Dec-01** | | | | | 5.875% | | | | | | |
| **Jun-02** | | | | | | 5.500% | | | | | |
| **Dec-02** | | | | | | 5.250% | | | | | |
| **Jun-03** | | | | | | | 4.250% | | | | |
| **Dec-03** | | | | | | | 3.125% | | | | |
| **Jun-04** | | | | | | | | 4.000% | | | |
| **Dec-04** | | | | | | | | 4.500% | | | |
| **Jun-05** | | | | | | | | | 4.250% | | |
| **Dec-05** | | | | | | | | | 4.500% | | |
| **Jun-06** | | | | | | | | | | 5.125% | |
| **Dec-06** | | | | | | | | | | 5.750% | |
| **verage COM rate for fiscal year** | | | 6.500% | 7.000% | 6.380% | 5.864% | 5.063% | 3.625% | 4.313% | 4.594% | 5.438% |
| urrent year Castor cost disallowed | 1,340,283 | 1,562,652 | 1,645,580 | 479,754 | 214,143 | 523,570 | 439,428 | 356,684 | 306,719 | 105,414 | 102,000 * |
| umulative Castor cost disallowed | 1,340,283 | 2,902,935 | 4,548,515 | 5,028,269 | 5,242,412 | 5,765,982 | 6,205,410 | 6,562,094 | 6,868,813 | 6,974,227 | **7,076,227** |
| **:arly interest** | | | 134,456 | 335,187 | 109,212 | 295,851 | 303,026 | 231,411 | 289,604 | 317,957 | 190,99[illegible] |
| **ımulative interest** | | | 134,456 | 469,644 | 578,855 | 874,706 | 1,177,732 | 1,409,143 | 1,698,747 | 2,016,704 | **2,207,702** |

TK filed a certified claim on May 10, 1999
pdated billing rates were received from the government in June 1999 withholding questioned Castor related costs
ash flow was thus negatviely impacted beginning in July 1999 - interest begins accruing in July 1999 on this worksheet
terest calculation assumes interest beginning in 1999 is applied to 1/2 of the costs incurred in the current fiscal year plus a full fiscal year of interest for prior year costs.

1/2 year

DCAA Position on CASTORSUMMARY INT.xls