# Exhibit B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ATK THIOKOL, INC.

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 99-440c
(Judge Braden)

**STIPULATION**

In accordance with the Court's direction, the parties hereby stipulate to the following facts:

1. In decisions dated November 30, 2005 (*ATK Thiokol, Inc. v. United States*, 68 Fed. Cl. 612 (2005)), July 31, 2006 (*ATK Thiokol, Inc. v. United States*, 72 Fed. Cl. 306 (2006)), and May 31, 2007 (*ATK Thiokol, Inc. v. United States* ("*ATK 2007*"), 76 Fed. Cl. 654 (2007)), the Court held that the United States (the "government") had disallowed improperly certain independent research and development ("IR&D") and equipment costs from interim indirect cost billing rates of ATK Thiokol, Inc. ("ATK") applied to all flexibly priced ATK contracts performed in relevant years. The IR&D and equipment costs that, according to the Court's November 30, 2005 decision, the government has disallowed improperly, appear below by fiscal year and in total:

| Year | IR&D | Equipment | Total |
|---|---|---|---|
| 1998T | $1,017,538 | N/A | $1,107,000 |
| 1998 | $1,116,822 | N/A | $1,117,000 |
| 1999 | $972,257 | $122,404 | $1,096,404 |

| Year | IR&D | Equipment | Total |
|---|---|---|---|
| 2000 | N/A | $520,541 | $520,541 |
| 2001 | N/A | $242,647 | $242,647 |
| 2002 | N/A | $646,362 | $646,362 |
| 2003 | N/A | $591,651 | $591,651 |
| 2004 | N/A | $481,690 | $481,690 |
| 2005 | N/A | $393,353 | $393,353 |
| 2006 | N/A | $131,603 | $131,603 |
| TOTAL | $3,106,617 | $3,130,251 | $6,236,868 |

2. Regarding depreciation costs relating to facilities and equipment for the Castor IV motor which were involved in this appeal, ATK is entitled to classify all such depreciation costs assignable to fiscal year 2007 and future years as allowable costs for any government contract purposes, including for interim billing purposes, subject to any limitation in any government contract on the total amount of allowable costs that the government is obligated to pay.

3. This stipulation is limited to the undisputed facts set forth above. Each party reserves its right to raise any other issues in this litigation and reserves its right to appeal based upon any prior or subsequent decisions by the Court.

Respectfully submitted this 25 day of September, 2007.

Case 1:99-cv-00440-SGB Document 164 Filed 09/25/2007 Page 3 of 3

s/ Thomas A Lemmer
Thomas A. Lemmer
**McKenna Long & Aldridge LLP**
1875 Lawrence Street, Suite 200
Denver, Colorado 80202
Tel: (303) 634-4000
Fax: (303) 634-4400
ATTORNEY FOR ATK THIOKOL, INC.

OF COUNSEL:

Steven M. Masiello
**McKenna Long & Aldridge LLP**
1875 Lawrence Street, Suite 200
Denver, Colorado 80202

Michael L. Bell
Alliant Techsystems Inc.
ATK Thiokol, Inc.
P.O. Box 98
Magna, UT 84044-0098

Assistant Attorney General

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch, Civil Div.
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 514-4678

ATTORNEYS FOR DEFENDANT

OF COUNSEL:

Douglas Jacobson
Defense Contract Management Agency
B.H. Whipple Federal Building
One Federal Drive, Suite 1150
Fort Snelling, MN 55111-4007
Tel: (612) 605-4105

Paul Mitchell
Defense Contract Audit Agency
8725 John J. Kingman Road, Suite 2135
Fort Belvoir, VA 22060
Tel: (703) 767-3045