# Exhibit C

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ATK THIOKOL, INC.<br>Plaintiff,<br>vs.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 99-440c<br>(Judge Braden) |

**ORDER**

IT IS HEREBY ORDERED that the certain matters described below are remanded to the cognizant agency administrative contracting officer ("ACO") for further consideration and action concerning the calculation of the amount of unpaid costs for independent research and development ("IR&D") and depreciation relating to tangible capital assets (the "disputed indirect costs") allocable to relevant flexibly priced government contracts that the government failed to pay on an interim basis as found by this Court (the "Unpaid Costs"), and applicable interest due ("Interest Due") on such Unpaid Costs pursuant to the Contract Disputes Act ("CDA"), 41 U.S.C. § 601, *et seq.* *ATK Thiokol, Inc. v. United States*, 68 Fed. Cl. 612, 641 (2005) ("*ATK I*"); *ATK Thiokol, Inc. v. United States*, 72 Fed. Cl. 306, 313 (2006) ("*ATK II*"); *ATK Thiokol, Inc. v. United States*, 76 Fed. Cl. 654, 668-70 (2007) ("*ATK III*").

These matters are remanded for a period not to exceed 45 days in accordance with the instructions set forth below, at which time the parties shall, within ten days thereafter: (1) file a stipulation on the amount of Unpaid Costs and Interest Due; or (2) inform the

Court of the details of the ACO's further consideration of the Unpaid Costs and Interest Due, and describe why a stipulation can not be reached. During the 45-day period provided for remand, the proceedings in this case shall be stayed pending the ACO's further consideration and action on remand.

The Unpaid Costs are to be determined pursuant to the parties' stipulation on September 27, 2007, docketed with the Court as Document 164 (the "Stipulation"), the instructions provided in this Order and the Court's decisions in *ATK I, II and III.* Specifically, the Unpaid Costs shall result from the inclusion of the amounts established in the parties' Stipulation as allowable costs for the appropriate ATK indirect cost pools and rates in the relevant fiscal periods of 1998 through 2006 (the "Stipulated Amounts"). The ACO shall utilize the Stipulated Amounts to determine revised indirect rates for the relevant fiscal years, apply such indirect rates to the relevant flexibly priced government contracts, and accumulate the Unpaid Costs allocable to such contracts.

Upon determining the Unpaid Costs, the ACO shall calculate the Interest Due to ATK on the Unpaid Costs pursuant to the CDA. Accordingly, the Interest Due on such Unpaid Costs shall be computed pursuant to this Court's decisions and the applicable rates and requirements of the CDA.

To calculate the Unpaid Costs, the ACO shall:

1. Calculate interim indirect rates using ATK's indirect cost rate structure for the relevant year and all costs used for interim rate purposes in that year plus the Stipulated Amounts listed in the Stipulation as allowable indirect IR&D and depreciation costs to government contracts for that year.

2. Calculate interim indirect rates using ATK's indirect cost rate structure for the relevant year and all costs used for interim rate purposes in that year, except that the Stipulated Amounts listed in the Stipulation will be excluded as unallowable indirect costs to government contracts.

3. Apply the rates calculated in Paragraph 1 for each fiscal year to the appropriate costs for all flexibly priced government contracts performed in that year, which costs shall be those used to determine indirect costs payable to ATK for that year with the Stipulated Amounts listed in the Stipulation being classified as allowable as allowable indirect IR&D and depreciation costs to government contracts.

4. Apply the rates calculated in Paragraph 2 for each fiscal year to the appropriate costs for all flexibly priced government contracts performed in that year, which costs shall be those used to determine the indirect costs paid to ATK for that year with the Stipulated Amounts listed in the Stipulation being classified as unallowable indirect costs.

5. Measure the amounts not paid in each fiscal year by subcontracting the result in Paragraph 4 from the result in Paragraph 3 for each year.

6. Identify and apply any ceiling or other contract limitation that reduces the amounts measured in Paragraph 5.

7. Accumulate the amounts measured in Paragraph 5 (less any reductions to such amounts pursuant to Paragraph 6) by fiscal year to determine the total Unpaid Costs.

8. Determine the Interest Due on the total Unpaid Costs pursuant to the CDA (a) from the date of Plaintiff's CDA claim, dated May 10, 1999, or the date the government failed to make an interim payment of the Unpaid Costs, whichever is later; (b) until payment actually occurs (or until present date if payment is yet to occur); and (c) using the appropriate interest rate specified by the CDA (*i.e.,* treasury rate).

IT IS SO ORDERED this ____ day of __________, 2007.

______________________________
SUSAN G. BRADEN
Judge

DN:32130365.4