IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATK THIOKOL, INC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 99-440C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, submits this status report in order to apprise the Court of the status of the parties' settlement discussions. The parties have made substantial progress toward settlement of certain issues in this matter, and continue to work toward their settlement. Should these issues be resolved, the parties believe that the Court may issue a final judgment in the case. As a result, the parties believe that further discussion may be productive and it is in their mutual best interest to continue to attempt to settle this matter. We therefore request that the Court take no action at this time, and propose to submit another status report to the Court on January 21, 2008.

Counsel for plaintiff has reviewed this status report and has indicated plaintiff's agreement to its contents.

Respectfully submitted,

PETER D. KEISLER
Assistant attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

Attorneys for Defendant

December 31, 2007

OF COUNSEL:

Douglas Jacobson
Defense Contract Management Agency
B.H. Whipple Federal Building
Suite 1150
1 Federal Drive
Ft. Snelling, MN 55111-4007
Tel: (612) 605-4105

Paul Mitchell
Defense Contract Audit Agency
Suite 2135
8725 John J. Kingman Road
Ft. Belvior, VA 22060
Tel: (703) 767-3045

CERTIFICATE OF FILING

I hereby certify that on this 16th day of November 2007, a copy of the foregoing "DEFENDANT’S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler