**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ATK THIOKOL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant. | Case No. 99-440c<br>(Judge Braden) |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, ATK Thiokol, Inc., submits this status report to apprise the Court of the status of the parties' settlement discussions. The parties continue to work toward their settlement, with a proposed partial settlement remaining under review. Should these issues be resolved, the parties believe that the Court may issue a final judgment in the case. As a result, the parties believe that it is in their mutual best interest to continue to attempt to settle this matter. Plaintiff, therefore, requests that the Court take no action at this time, and proposes to submit another status report to the Court on March 12, 2008.

Counsel for the defendant does not object to this status report.

Respectfully submitted this 11th day of February, 2008.

s/Thomas A. Lemmer

Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado 80202
Tel: (303) 634-4000
Fax: (303) 634-4400
ATTORNEY FOR ATK THIOKOL, INC.

OF COUNSEL:

Steven M. Masiello
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado 80202

Michael L. Bell
Alliant Techsystems Inc.
ATK Thiokol, Inc.
P.O. Box 98
Magna, UT 84044-0098

DN:32136529.1