UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATK THIOKOL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No. 99-440C |
| UNITED STATES, | ) | |
| Defendant. | ) | |

Live Tape

(The following transcript was transcribed from a digital recording provided by the United States Court of Federal Claims to Heritage Reporting Corporation on May 5, 2008.)

Pages: 1 through 6

Place: Washington, D.C.

Date: April 2, 2008

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

UNITED STATES COURT OF FEDERAL CLAIMS

ATK THIOKOL, INC., )
)
Plaintiff, )
)
v. ) Docket No. 99-440C
)
UNITED STATES, )
)
Defendant. )

Wednesday,
April 2, 2008

Live Tape

(The following transcript was transcribed from a digital recording provided by the United States Court of Federal Claims to Heritage Reporting Corporation on May 5, 2008.)

APPEARANCES: (Via Telephone)

On Behalf of Plaintiff:

THOMAS A. LEMMER, Esquire
McKenna Long & Aldridge, LLP
1875 Lawrence Street, Suite 200
Denver, Colorado 80202
(303) 634-4350

On Behalf of Defendant:

ROBERT CHANDLER, Esquire
U.S. Department of Justice

P R O C E E D I N G S

(12:56 p.m.)

THE CLERK: Counsel, this is Joe Whitehead, Judge Braden's law clerk. We're going to go ahead and get started. This is being digitally recorded, so if you could please state your name and the party you represent to start. Thank you.

MR. LEMMER: Yes. This is Thomas Lemmer representing ATK Thiokol, Inc.

MR. CHANDLER: This is Robert Chandler representing the United states.

THE COURT: Hi. It's Judge Braden. Where are you guys in the settlement discussion?

MR. CHANDLER: Your Honor, ATK has submitted a written proposal for settlement to the government. It is under active consideration right now and has been for some time. Unfortunately, it's taking a little bit longer than this process ordinarily takes because the settlement proposal was structured in such a way that it's going to require the approval of offices other than National Courts. So deciding on that process and actually carrying out that process has sort of lengthened the time necessary to get this vetted. But again, there is under consideration an active, actual settlement proposal at this point.

THE COURT: And it's been supported at the staff level?

MR. CHANDLER: It's been forwarded with recommendations at this point.

THE COURT: To accept?

MR. CHANDLER: I'm not sure I'm at liberty to say that, Your Honor, but it has been passed on.

THE COURT: Well, I'm trying to get a sense of how viable this proposal is.

MR. CHANDLER: Oh, it is definitely still alive and is under active consideration at this point. It's definitely a viable offer at this point.

THE COURT: What's your prognosis?

MR. CHANDLER: I'm hoping that we'll have a decision in the next couple of weeks, and I'm hopeful that it's going to be signed off on. Again, I can't commit my superiors and really hazard a guess as to how they're going to come down on it, but as I said, I am hopeful that we will be able to obtain a settlement out of this.

THE COURT: All right. Does Plaintiff's counsel have anything?

MR. LEMMER: No, Your Honor. Obviously ATK is anxious to determine whether the settlement agreement is going to be signed or not signed so we

can move forward.

THE COURT: Right.

MR. LEMMER: But other than that, we have nothing to add.

MR. CHANDLER: And I think we all agree, Your Honor, that if we do end up reaching this settlement, it would dispose of all the remaining issues currently before the Court.

THE COURT: Right. Now you've got to go to agencies outside of Justice? Is that what you're saying?

MR. CHANDLER: No, it's all within Justice but offices other than the National Courts office given the size and the structure of the settlement.

THE COURT: Because of the amount of money involved?

MR. CHANDLER: Primarily, yes.

THE COURT: Do you have a head of the Civil Division yet over there or you've got an acting guy?

MR. CHANDLER: Mr. Buckhold is still acting.

THE COURT: Okay. Well, what do you suggest we do? Have a status conference about when?

MR. CHANDLER: I would think that we probably would know more within a month, surely sometime in early May.

THE COURT: Why don't we set it down for, what's May 15? Is that a real date in the week? Hold on.

(Pause.)

THE COURT: We'll set something up on the 15th of May then.

MR. CHANDLER: Okay then.

THE COURT: I'm going to be gone for two weeks in June, but when I come back, if we don't have a settlement, I'm going to set a date to get the rest of this resolved.

MR. CHANDLER: Understood.

THE COURT: Okay? All right. Thank you very much.

MR. CHANDLER: Thank you, Your Honor.

MR. LEMMER: Thank you.

(Whereupon, at 1:01 p.m., the hearing in the above-entitled matter was concluded.)

//

//

//

//

//

//

//

CERTIFICATE

DOCKET NO.: 99-440C

CASE TITLE: ATK Thiokol, Inc. v. United States

HEARING DATE: April 2, 2008

I certify that the foregoing is a true and correct transcript made to the best of our ability from a copy of the official electronic digital recording provided by the United States Court of Federal Claims in the above-entitled matter.

Date: April 2, 2008

Lori Sherman

Heritage Reporting Corporation
Suite 600
1220 L Street, N.W.
Washington, D.C. 20005-4018