IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATK THIOKOL, INC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 99-440C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STATUS REPORT

Defendant respectfully submits this status report in order to inform the Court that the settlement offer proposed by plaintiff has been approved by the Government. The parties expect to execute a settlement agreement and to submit for the Court's review a joint proposed judgment on or before September 15, 2008. Plaintiff's counsel has reviewed this status report and has indicated that plaintiff does not object to its substance or to the filing of the report.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

Attorneys for Defendant

OF COUNSEL:

Douglas Jacobson
Defense Contract Management Agency
B.H. Whipple Federal Building
Suite 1150
1 Federal Drive
Ft. Snelling, MN 55111-4007
Tel: (612) 605-4105

Paul Mitchell
Defense Contract Audit Agency
Suite 2135
8725 John J. Kingman Road
Ft. Belvior, VA 22060
Tel: (703) 767-3045

August 26, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 26th day of August 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler