# In the United States Court of Federal Claims

No. 99-440C
Filed: November 13, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| ATK THIOKOL, INC., | \* |
| Plaintiff, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER OF JUDGMENT**

This action involves a claim by ATK Thiokol, Inc. ("ATK") that the Government improperly disallowed certain independent research and development costs ("IR&D") and equipment depreciation costs ("depreciation costs") under ATK's flexibly priced contracts with the Government, subject to the Cost Accounting Standards ("CAS") and Federal Acquisition Regulations ("FAR"). On November 30, 2005, this court determined that the Government's disallowance of ATK's IR&D and depreciation costs was not in accordance with the CAS and FAR. *ATK Thiokol, Inc.* v. *United States*, 68 Fed. Cl. 612 (2005) ("ATK I").

On September 25, 2007, the parties stipulated that (i) the amount of IR&D costs disallowed by the Government was $3,106,617, (ii) the amount of depreciation costs disallowed by the Government through fiscal year 2006 was $3,130,251, and (iii) ATK is entitled to classify all depreciation costs assignable to fiscal year 2007 and future years as allowable costs, subject to any limitations on the total amount of allowable costs in ATK's contracts with the Government.

On October 10, 2008, the parties entered a Partial Settlement Agreement. Subsequently, on November 7, 2008, the parties filed a Joint Motion For Entry Of Judgment.

In accordance with the parties' Joint Motion, the decision of the court in ATK I, and the court's subsequent decisions in *ATK Thiokol, Inc.* v. *United States*, 72 Fed. Cl. 306 (2006), and *ATK Thiokol, Inc.* v. *United States*, 76 Fed. Cl. 654 (2007), the court orders that judgment be entered as follows:

1. ATK's IR&D costs of $3,106,617 are allocable and allowable immediately as indirect costs;

2. ATK's equipment depreciation costs of $3,130,251 accrued through fiscal year 2006 are allocable and allowable immediately as indirect costs;

3. ATK's equipment depreciation costs for fiscal year 2007 and later years are allocable and allowable indirect costs as such costs accrue.

**IT IS SO ORDERED**.

    s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**